UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 15-1153 GW (RAO) | Date: | February 13, 2017 |
| Title: | John Lake v. Sandra Hutchins, et al. | | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:**     (In Chambers) **ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S FAILURE TO UPDATE HIS ADDRESS**

   Plaintiff filed his initial complaint in this civil rights matter on July 22, 2015. Thereafter, Plaintiff filed several requests to amend his complaint. However, Plaintiff never filed an amended complaint. On May 5, 2016, the Court entered an order dismissing Plaintiff's complaint with leave to amend and gave him 30 days for file a First Amended Complaint. Thereafter, Plaintiff filed numerous requests for extensions of time to file his amended complaint, all of which the Court granted. In the Court's last minute order granting another request for an extension of time, Plaintiff was given until January 16, 2017, to file his First Amended Complaint. As of the date of this Order, the Court has not received Plaintiff's amended complaint.

   In light of the foregoing, **IT IS ORDERED** that Plaintiff must show cause, in writing, on or before **February 23, 2017**, why this case should not be dismissed for failure to prosecute and to comply with Court orders. **Plaintiff's failure to timely respond to this Order will result in a recommendation that this case be dismissed.**

   **IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | gr |