# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LAKE,<br>        Plaintiff,<br>    v.<br>SANDA HUTCHINS,<br>        Defendant. | Case No. CV 15-1153-GW(RAO)<br><br>JUDGMENT |

In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED: September 25, 2017

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE